**B6 Cover (Form 6 Cover) (12/07)**


# FORM 6. SCHEDULES

Summary of Schedules
Statistical Summary of Certain Liabilities and Related Data (28 U.S.C. § 159)

Schedule A - Real Property
Schedule B - Personal Property
Schedule C - Property Claimed as Exempt
Schedule D - Creditors Holding Secured Claims
Schedule E - Creditors Holding Unsecured Priority Claims
Schedule F - Creditors Holding Unsecured Nonpriority Claims
Schedule G - Executory Contracts and Unexpired Leases
Schedule H - Codebtors
Schedule I - Current Income of Individual Debtor(s)
Schedule J - Current Expenditures of Individual Debtor(s)

Unsworn Declaration under Penalty of Perjury


GENERAL INSTRUCTIONS: The first page of the debtor's schedules and the first page of any amendments thereto must contain a caption as in Form 16B. Subsequent pages should be identified with the debtor's name and case number. If the schedules are filed with the petition, the case number should be left blank

Schedules D, E, and F have been designed for the listing of each claim only once. Even when a claim is secured only in part or entitled to priority only in part, it still should be listed only once. A claim which is secured in whole or in part should be listed on Schedule D only, and a claim which is entitled to priority in whole or in part should be listed on Schedule E only. Do not list the same claim twice. If a creditor has more than one claim, such as claims arising from separate transactions, each claim should be scheduled separately.

Review the specific instructions for each schedule before completing the schedule.

In re   Dene Bustichi & Melodie Bustichi _____      Case No.   14-52222-ASW _____
_____**Debtor**_____                                         **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Scotts Valley Drive Commercial Property<br><br>4652 & 4654 Scotts Valley Drive<br>Scotts Valley, CA 95066<br>Value based on limited Appraisal this year | Fee Simple | J | 2,800,000.00 | 4,615,222.23 |
| Primary Residence<br><br>13 Sunset Terrace<br>Scotts Valley, CA 95066<br>Value per Eppraisal.com $541,433; Debtor's opinon $690K because of unpermited additions and condition | Fee Simple | J | 690,000.00 | 3,215,947.89 |
| Sunset Terrace Property<br><br>19 Sunset Terrace<br>Scotts Valley, CA 95066<br>Debtor owns 25%<br>Value per Eppraisal.com | Fee Simple | C | 402,045.00 | 87,832.63 |
| | | Total ➤ | 3,892,045.00 | |

(Report also on Summary of Schedules.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-813 - 30251-2Y3 - *** - 30 Courier change

In re   Dene Bustichi & Melodie Bustichi                              Case No.   14-52222-ASW
              **Debtor**                                                                   **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | | Cash on hand<br>Debtors' possession | J | 50.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | County Bank of Santa Cruz checking (2)<br>Debtors' possession | C | 4,500.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | Furniture<br>Debtors' residence | C | 1,000.00 |
| | | Linens, sheets and towels<br>Debtors' residence | C | 100.00 |
| | | Mattress and box spring<br>Debtors' residence | C | 75.00 |
| | | Personal computer<br>Debtors' residence | C | 100.00 |
| | | Refrigerator<br>Debtors' residence | C | 300.00 |
| | | Small kitchen appliances<br>Debtors' residence | C | 100.00 |

In re  Dene Bustichi & Melodie Bustichi     Case No.  14-52222-ASW
                **Debtor**                                                           **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | TV's, stereos, other electronics<br>Debtors' residence | C | 400.00 |
| | | Washer and dryer<br>Debtors' residence | C | 300.00 |
| 5.  Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | Clothing and Wearing Apparel<br>Debtors' residence and debtors' person | C | 400.00 |
| 7.  Furs and jewelry. | | Jewelry<br>Debtors' residence and debtors' person | C | 400.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities.  Itemize and name each issuer. | X | | | |
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | IRA<br>Debtors' possession | C | 1,800.00 |
| 13.  Stock and interests in incorporated and unincorporated businesses.  Itemize. | X | | | |
| 14.  Interests in partnerships or joint ventures. Itemize. | | Stock in B.C.I. Builders, Inc. | H | 115,000.00 |

In re    Dene Bustichi & Melodie Bustichi                          Case No.    14-52222-ASW
                        **Debtor**                                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | Debtor's possession; Tools 10K; Forklift: 15K AR      50K Good will: | | |
| 15.  Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16.  Accounts receivable. | X | | | |
| 17.  Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18.  Other liquidated debts owing debtor including tax refunds.  Give particulars. | X | | | |
| 19.  Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20.  Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21.  Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims.  Give estimated value of each. | X | | | |
| 22.  Patents, copyrights, and other intellectual property.  Give particulars. | X | | | |
| 23.  Licenses, franchises, and other general intangibles.  Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. §101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25.  Automobiles, trucks, trailers, and other vehicles and accessories. | | 1972 Chevrolet/Blazer (173,000 miles)  Debtors' residence  Need restoration | C | 2,500.00 |
| | | 2003 GMC/C4C042 (48,894 miles) | C | 11,000.00 |

**In re**   Dene Bustichi & Melodie Bustichi        **Case No.**   14-52222-ASW
                **Debtor**                                                 **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | Debtors' residence | | |
| | | 2004 Hummer H2 (65,845 miles)<br>Debtors' residence<br>Retail Value | C | 16,000.00 |
| | | 2006 GMC/1/2 T Pick Up (94,658 miles)<br>Debtors' residence | C | 5,000.00 |
| | | 2006 GMC/1/2 T Pick up (106,800 miles)<br>Debtors' residence | C | 5,000.00 |
| | | 2007 Dodge/2500 Pick Up (108,339 miles)<br>Debtors' residence | C | 11,000.00 |
| | | 1999 VM/Carrier<br>Debtors' residence | C | 500.00 |
| | | Motorhome '06 Winnebago<br>Debtors' residence;<br>Represents Dbetors' opinon of value | C | 42,000.00 |
| 26.  Boats, motors, and accessories. | | 1999 Centurian/Runabout (320 hours)<br>Debtors' residence | C | 9,000.00 |
| 27.  Aircraft and accessories. | X | | | |
| 28.  Office equipment, furnishings, and supplies. | X | | | |

**In re** ___Dene Bustichi & Melodie Bustichi___     **Case No.** ___14-52222-ASW___
              **Debtor**                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 29.  Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30.  Inventory. | X | | | |
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested.  Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | _____0_____ continuation sheets attached     Total | $ | 226,525.00 |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

**B6C (Official Form 6C) (04/13)**

In re   Dene Bustichi & Melodie Bustichi                    Case No.   14-52222-ASW
_____                         _____
                    **Debtor**                                              **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐ 11 U.S.C. § 522(b)(2)          ☐ Check if debtor claims a homestead exemption that exceeds
☑ 11 U.S.C. § 522(b)(3)              $155,675*.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Cash on hand | C.C.P. 703.140(b)(5) | 50.00 | 50.00 |
| Clothing and Wearing Apparel | C.C.P. 703.140(b)(3) | 400.00 | 400.00 |
| Furniture | C.C.P. 703.140(b)(3) | 1,000.00 | 1,000.00 |
| Jewelry | C.C.P. 703.140(b)(4) | 400.00 | 400.00 |
| Linens, sheets and towels | C.C.P. 703.140(b)(3) | 100.00 | 100.00 |
| Mattress and box spring | C.C.P. 703.140(b)(3) | 75.00 | 75.00 |
| Personal computer | C.C.P. 703.140(b)(3) | 100.00 | 100.00 |
| Refrigerator | C.C.P. 703.140(b)(3) | 300.00 | 300.00 |
| Small kitchen appliances | C.C.P. 703.140(b)(3) | 100.00 | 100.00 |
| TV's, stereos, other electronics | C.C.P. 703.140(b)(3) | 400.00 | 400.00 |
| Washer and dryer | C.C.P. 703.140(b)(3) | 300.00 | 300.00 |
| 2004 Hummer H2 (65,845 miles) | C.C.P. 703.140(b)(2) | 5,082.00 | 16,000.00 |
| County Bank of Santa Cruz checking (2) | C.C.P. 703.140(b)(5) | 4,500.00 | 4,500.00 |
| IRA | C.C.P. 703.140(b)(10)(E) | 1,800.00 | 1,800.00 |
| Stock in B.C.I. Builders, Inc. | C.C.P. 703.140(b)(5) | 22,375.00 | 115,000.00 |
| | Total exemptions claimed: | 36,982.00 | |

*Amount subject to adjustment on 4/01/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Bankruptcy2014 [1991-2014] Software Copyright ... 4-813 Software ... change

B6D (Official Form 6D) (12/07)

In re ___Dene Bustichi & Melodie Bustichi___,        Case No. 4-52222-ASW
                    **Debtor**                                    (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. xxxx-4182 Bank of America 4161 Piedmont Pkwy. Greensboro, NC 27410 | | C | Incurred: 10/2006 Lien: PMSI in vehicle > 910 days Security: Motorhome <br><br> VALUE $ 42,000.00 | | | | 52,136.00 | 10,136.00 |
| ACCOUNT NO. xxxx-4182 Bankamerica* P.O. Box 15168 Wilmington, DE 19850 | | C | Incurred: 10/2006 Lien: PMSI in vehicle > 910 days Security: Motorhome <br><br> VALUE $ 42,000.00 | | | | Notice Only | Notice Only |
| ACCOUNT NO. 9221744163 Citibank N.A.* Attn: Centralized Bankruptcy P.O. Box 20363 Kansas City, MO 64195 | | J | Incurred: 4/2006 Lien: 2nd Deed of Trust Security: Primary Residence <br><br> VALUE $ 690,000.00 | | | | Notice Only | Notice Only |

__2__ continuation sheets attached

Subtotal ▶ $ 52,136.00   $ 10,136.00
(Total of this page)

Total ▶ $          $
(Use only on last page)

(Report also on Summary of Schedules)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.8-813 -31000   Best Case Bankruptcy

**B6D (Official Form 6D) (12/07) – Cont**.

In re     Dene Bustichi & Melodie Bustichi                    ,          Case No.       14-52222-ASW
_____              _____
                     **Debtor**                                              **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 9221744163<br><br>Citibankna<br>P.O. Box 769006<br>San Antonio, TX 78245 | | J | Incurred: 4/2006<br>Lien: 2nd Deed of Trust<br>Security: Primary Residence<br><br>VALUE $ 690,000.00 | | | | 492,931.16 | 8,115.26<br>This amount based upon existence of Superior Liens |
| ACCOUNT NO. 683889091<br><br>Green Tree Servicing L.<br>P.O. Box 6172<br>Rapid City, SD 57709 | | J | Incurred: 3/2002<br>Lien: 1st Deed of Trust<br>Security: Primary Residence<br><br>VALUE $ 690,000.00 | | | | 205,184.10 | 0.00 |
| ACCOUNT NO.<br><br>Ipayment, Inc.<br>c/o Walker, Lorna<br>2380 Junipero Serra Blvd. Ste. B<br>Daly City, CA 94015-1647 | | W | Incurred: 12/13/2012<br>Lien: Abstract of judgment<br>Security: All Santa Cruz Co. Real Property<br>Case No. CISCV175806<br><br>VALUE $ 100,511.00 | | | | 13,146.11 | 0.00 |
| ACCOUNT NO.<br><br>Liberty Mutual Surety<br>9450 Seward Rd.<br>Fairfiled, OH 45014 | | J | Incurred: 7/11/2008<br>Lien: Indemnity<br>Security: Primary Residence & Scotts Valley Dr. Property<br>Cross-collateralized<br><br>VALUE $ 3,490,000.00 | | | | 2,500,000.00 | 1,805,504.00<br>This amount based upon existence of Superior Liens |
| ACCOUNT NO.<br><br>North American Bancard L.L.C.<br>c/o Walker, Lorna<br>2380 Junipero Serra Blvd. Ste. B<br>Daly City, CA 94015 | | W | Incurred: 6/12/2013<br>Lien: Abstract of judgment<br>Security: All Santa Cruz Co. Real Property<br>Case No. CISCV177127<br><br>VALUE $ 100,511.00 | | | | 4,686.52 | 0.00 |

Sheet no. __1__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (s) ▶                          $ 3,215,947.89     $
(Total(s) of this page)

Total(s) ▶                              $                  $
(Use only on last page)

(Report also on          (If applicable, report
Summary of Schedules)    also on Statistical
                         Summary of Certain
                         Liabilities and Related
                         Data.)

**B6D (Official Form 6D) (12/07) – Cont**.

In re <u>Dene Bustichi & Melodie Bustichi</u>,  Case No. <u>14-52222-ASW</u>
          **Debtor**                                                    **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 022-491-15 <br><br> Santa Cruz County Tax Collector <br> 701 Ocean Street, Room 150 <br> Santa Cruz, CA 95060 | | J | Incurred: 2013-2014 <br> Lien: Property Tax <br> Security: Scotts Valley Drive Property <br><br><br> VALUE $ 2,800,000.00 | | | | 24,227.00 | 0.00 |
| ACCOUNT NO. 498694728-9001 <br><br> Umpqua Bank <br> P.O. Box 19246 <br> Spokane, WA 99219 | | J | Incurred: 2007 <br> Lien: 1st Deed of Trust <br> Security: Scotts Valley Drive Property <br> T.S. No.: 14011607 <br><br> VALUE $ 2,800,000.00 | | | | 2,073,162.87 | 0.00 |
| ACCOUNT NO. xxxx-2631 <br><br> Wheels Financial Group* <br> dba Loan Mart 800 Loan Mart <br> 15821 Ventura Blvd. Ste. 280 <br> Encino, CA 91436 | | W | Incurred: 2/2012 <br> Lien: PMSI in vehicle < 910 days <br> Security: 2004 Hummer H2 (65,845 miles) <br><br><br> VALUE $ 22,842.00 | | | | 10,918.00 | 0.00 |
| ACCOUNT NO. <br><br><br> | | | <br><br><br> VALUE $ | | | | | |
| ACCOUNT NO. <br><br><br> | | | <br><br><br> VALUE $ | | | | | |

Sheet no. _2_ of _2_ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (s) ▶ | $ 2,108,307.87 | $ 0.00
(Total(s) of this page)

Total(s) ▶ | $ 5,376,391.76 | $1,823,755.26
(Use only on last page)

(Report also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re ___Dene Bustichi & Melodie Bustichi_____,  Case No.___14-52222-ASW_____

                Debtor                                                           (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-773 - 30413 - *Amount subject to adjustment on 4/01/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**B6E (Official Form 6E) (04/13) - Cont.**

In re_____Dene Bustichi & Melodie Bustichi_____,     Case No.____14-52222-ASW_____
                         Debtor                                                          (if known)

☐  **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☑  **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑  **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐  **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐  **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____3_____  **continuation sheets attached**

B6E (Official Form 6E) (04/13) - Cont.

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)    Sec. 507(a)(7)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above..) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  KAS  4652 Scotts Valley Dr. #108  Scotts Valley, CA 95066 | | | Incurred: 2011  Consideration: Lease security deposit | | | | 2,500.00 | 2,500.00 | 0.00 |
| ACCOUNT NO.  Mint  4652 Scotts Valley Dr. #103  Scotts Valley, CA 95066 | | | Incurred: 2007  Consideration: Lease security depo | | | | 2,500.00 | 2,500.00 | 0.00 |
| ACCOUNT NO.  Palomar Ballroom  4652 Scotts Valley Dr. #204  Scotts Valley, CA 95066 | | | Incurred: 2012  Consideration: lease security deposit | | | | 2,375.00 | 2,375.00 | 0.00 |
| ACCOUNT NO.  Perry Ralston  4652 Scotts Valley Dr. #106  Scotts Valley, CA 95066 | | | Incurred: 2013  Consideration: lease security depo | | | | 2,027.00 | 2,027.00 | 0.00 |

Sheet no. 1 of 3 continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotal (Totals of this page) | $ 9,402.00 | $ 9,402.00 | $ 0.00 |
| Total (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules | $ | | |
| Totals (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $ | $ |

**B6E (Official Form 6E) (04/13) - Cont**.

In re Dene Bustichi & Melodie Bustichi _____, Case No. 14-52222-ASW _____
_____Debtor_____                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)      Sec. 507(a)(7)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> RKD <br> 4652 Scotts Valley Dr. #107 <br> Scotts Valley, CA 95066 | | | Incurred: 2011 <br> Consideration: lease security depo | | | | 2,500.00 | 2,500.00 | 0.00 |
| ACCOUNT NO. <br><br> Teal <br> 4652 Scotts Valley Dr. #101 <br> Scotts Valley, CA 95066 | | | Incurred: 2012 <br> Consideration: lease security depo | | | | 2,500.00 | 2,500.00 | 0.00 |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. _2_ of _3_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | | |
|---|---|---|---|
| Subtotal <br> (Totals of this page) | $ 5,000.00 | $ 5,000.00 | $ 0.00 |
| Total <br> (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules | $ | | |
| Totals <br> (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $ | $ |

B6E (Official Form 6E) (04/13) - Cont.

In re Dene Bustichi & Melodie Bustichi _____,
Debtor

Case No. 14-52222-ASW _____
(If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)     Sec. 507(a)(8)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above..) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. xxx-xx-4728 <br><br> Franchise Tax Board <br> P.O. Box 942867 <br> Sacramento, CA 94267-0011 | | J | Incurred: 2010-2013 <br> Consideration: <br> Personal Income Tax | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO. xxx-xx-4728 <br><br> Internal Revenue Service <br> P.O. Box 7346 <br> Philadelphia, PA 19101-7346 | | J | Incurred: 2010-2013 <br> Consideration: <br> Personal Income Tax | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO. <br><br> | | | | | | | | | |
| ACCOUNT NO. <br><br> | | | | | | | | | |

Sheet no. _3_ of _3_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | | |
|---|---|---|---|
| Subtotal (Totals of this page) | $ 0.00 | $ 0.00 | $ 0.00 |
| Total (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules) | $ 14,402.00 | | |
| Totals (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $ 14,402.00 | $ 0.00 |

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.4-815 - 30601-160Y-**** - 30601 - Page 3/

**B6F (Official Form 6F) (12/07)**

In re <u>Dene Bustichi & Melodie Bustichi</u>,                    Case No. <u>14-52222-ASW</u>
         **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing a "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. xxxx-9759<br><br>Afni*<br>Attention: Bankruptcy<br>1310 Martin Luther King Dr.<br>Bloomington, IL 61701 | | H | Incurred: 3/2014<br>Consideration: Credit Card Debt<br>(Unsecured) | | | | Notice Only |
| ACCOUNT NO. xxxx-9759<br><br>Afni, Inc.<br>P.O. Box 3097<br>Bloomington, IL 61702 | | H | Incurred: 3/2014<br>Consideration: Credit Card Debt<br>(Unsecured)<br>Original Creditor: Dish Network | | | | 95.00 |
| ACCOUNT NO. xxxx-0721<br><br>Allianceone Receivable<br>6565 Kimball Dr.<br>Gig Harbor, WA 98335 | | W | Incurred: 10/2013<br>Consideration: Credit Card Debt<br>(Unsecured)<br>Original Creditor: San Diego<br>1. Closed | | | | Notice Only |
| ACCOUNT NO. xxxx-0721<br><br>Allied Credit/Alliance One*<br>Attn: Bankruptcy<br>P.O. Box 2449<br>Gig Harbor, WA 98335 | | W | Incurred: 10/2013<br>Consideration: Credit Card Debt<br>(Unsecured) | | | | Notice Only |

<u>  11  </u> continuation sheets attached

Subtotal ▸ | $ | 95.00

Total ▸ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.3-763 - 29122       Best Case Bankruptcy

In re **Dene Bustichi & Melodie Bustichi** ,                     Case No. **14-52222-ASW**
      **Debtor**                                                               **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>AT&T<br>P.O. Box 6500<br>Sioux Falls, SD 57117-6500 | C | | Incurred: 2010-2014<br>Consideration: Utilities | | | | 315.43 |
| ACCOUNT NO. xxxx-9883<br><br>Atlantic Crd<br>P.O. Box 13386<br>Roanoke, VA 24033 | | W | Incurred: 1/2001<br>Consideration: Credit Card Debt (Unsecured)<br>Original Creditor: HSBC | | | | 9,369.00 |
| ACCOUNT NO.<br><br>Atrium Windows & Doors<br>c/oIan Bardin<br>212 Yacht Club Way suite A4<br>Redondo Beach, CA 90277 | | | Incurred: 2013<br>Consideration: breach of contract | | | | Notice Only |
| ACCOUNT NO. xxxx-5426<br><br>Bank of America<br>Attn: Bankruptcy NC4-105-0299<br>P.O. Box 26012<br>Greensboro, NC 26012 | C | | Incurred: 2010-2014<br>Consideration: Credit Card Debt (Unsecured) | | | | 74,672.91 |
| ACCOUNT NO. xxxx-0239<br><br>Bank of America*<br>Attention: Recovery Department<br>4161 Peidmont Pkwy.<br>Greensboro, NC 27410 | | H | Incurred: 6/2005<br>Consideration: Credit Card Debt (Unsecured) | | | | Notice Only |

Sheet no. **1** of **11** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ 84,357.34

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) - Cont.**

In re  Dene Bustichi & Melodie Bustichi                                    ,          Case No. ___14-52222-ASW___
          **Debtor**                                                                                           **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  xxxx-1286<br><br>Bank of America*<br>Attn: Correspondence<br>Unit/CA6-919-02-41<br>P.O. Box 5170<br>Simi Valley, CA 93062 | | J | Incurred: 3/2002<br>Consideration: possible deficiency on foreclosed property | | | | Notice Only |
| ACCOUNT NO.<br><br>Big Creek Lumber<br>2801 Soquel Ave.<br>Santa Cruz, CA 95062 | X | | Incurred: 2013<br>Consideration: Unpaid Building materials | | | | 2,732.00 |
| ACCOUNT NO.  xxxx-1286<br><br>Bk of Amer<br>4161 Piedmont Pkwy.<br>Greensboro, NC 27410 | | J | Incurred: 3/2002<br>Consideration: possible deficiency on foreclosed property<br>1. Closed | | | | Notice Only |
| ACCOUNT NO.  xxxx-4727<br><br>Bk of Amer<br>4161 Piedmont Pkwy.<br>Greensboro, NC 27410 | | H | Incurred: 8/1999<br>Consideration: possible deficiency on foreclosed property<br>1. Closed | | | | Notice Only |
| ACCOUNT NO.  xxxx-0239<br><br>Bk of Amer<br>P.O. Box 982238<br>El Paso, TX 79998 | | H | Incurred: 6/2005<br>Consideration: Credit Card Debt (Unsecured)<br>1. Closed by grantor | | | | Notice Only |

Sheet no. __2__ of __11__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤        $        2,732.00

Total ➤        $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re <u>Dene Bustichi & Melodie Bustichi</u>,                    Case No. <u>14-52222-ASW</u>
         **Debtor**                                                                                       **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Bogner's All Air<br>5310 C Scotts Valley Dr.<br>Scotts Valley, CA 95066 | C | | Incurred: 2010-2014 | | | | 440.00 |
| ACCOUNT NO. xxxx-3505<br><br>Cal Svc Bur<br>100 Wood Hollow Dr. Ste. 2<br>Novato, CA 94945 | | W | Incurred: 1/2001<br>Consideration: Credit Card Debt (Unsecured)<br>Original Creditor: NOB Hill | | | | 203.00 |
| ACCOUNT NO. xxxx-7985<br><br>Cap One<br>P.O. Box 30253<br>Salt Lake City, UT 84130 | | W | Incurred: 10/2008<br>Consideration: Credit Card Debt (Unsecured)<br>1. Closed<br>2. Transferred | | | | Notice Only |
| ACCOUNT NO. xxxx-9048<br><br>Cap One<br>Pob 30281<br>Salt Lake City, UT 84130 | | H | Incurred: 6/2006<br>Consideration: Credit Card Debt (Unsecured) | | | | 20,128.00 |
| ACCOUNT NO. xxxx-2113<br><br>Cap One<br>Pob 30281<br>Salt Lake City, UT 84130 | | W | Incurred: 8/2003<br>Consideration: Credit Card Debt (Unsecured)<br>1. Closed by grantor | | | | 2,569.00 |

Sheet no. <u>3</u> of <u>11</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 23,340.00

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re <u>Dene Bustichi & Melodie Bustichi</u>,     Case No. <u>14-52222-ASW</u>

**Debtor**                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. xxxx-2646<br><br>Cap One<br>Pob 30281<br>Salt Lake City, UT 84130 | | W | Incurred: 2/2008<br>Consideration: Credit Card Debt<br>(Unsecured) | | | | 1,162.00 |
| ACCOUNT NO. xxxx-9048<br><br>Capital 1 Bank*<br>Attn: Bankruptcy Dept.<br>P.O. Box 30285<br>Salt Lake City, UT 84130 | | H | Incurred: 6/2006<br>Consideration: Credit Card Debt<br>(Unsecured) | | | | Notice Only |
| ACCOUNT NO. xxxx-2113<br><br>Capital 1 Bank*<br>Attn: Bankruptcy Dept.<br>P.O. Box 30285<br>Salt Lake City, UT 84130 | | W | Incurred: 8/2003<br>Consideration: Credit Card Debt<br>(Unsecured) | | | | Notice Only |
| ACCOUNT NO. xxxx-2646<br><br>Capital 1 Bank*<br>Attn: Bankruptcy Dept.<br>P.O. Box 30285<br>Salt Lake City, UT 84130 | | W | Incurred: 2/2008<br>Consideration: Credit Card Debt<br>(Unsecured) | | | | Notice Only |
| ACCOUNT NO. xxxx-0463<br><br>Chase<br>P.O. Box 15298<br>Wilmington, DE 19850 | | W | Incurred: 9/1998<br>Consideration: Credit Card Debt<br>(Unsecured)<br>1. Closed<br>2. Transferred | | | | Notice Only |

Sheet no. <u>4</u> of <u>11</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ | $ | 1,162.00

Total ▶ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re <u>Dene Bustichi & Melodie Bustichi</u>,     Case No. <u>14-52222-ASW</u>

    **Debtor**                                            **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. xxxx-2947<br><br>Chase<br>P.O. Box 24696<br>Columbus, OH 43224 | | J | Incurred: 3/2000<br>Consideration: possible deficiency on foreclosed property | | | | Notice Only |
| ACCOUNT NO. xxxx-5945<br><br>Com Serv Grp<br>11603 Shelbyville<br>Louisville, KY 40243 | | W | Incurred: 1/2001<br>Consideration: Credit Card Debt (Unsecured)<br>Original Creditor: Ipayment Inc. | | | | 8,426.00 |
| ACCOUNT NO. xxxx-83N1<br><br>Consolidated Rcvy Grp<br>425 W 5th Ave. St. 103<br>Escondido, CA 92025 | | W | Incurred: 3/2014<br>Consideration: Credit Card Debt (Unsecured)<br>Original Creditor: Intuit Payment Solutions | | | | 1,245.00 |
| ACCOUNT NO. xxxx-8662<br><br>Gecrb/mervyns<br>P.O. Box 965005<br>Orlando, FL 32896 | | W | Incurred: 9/2001<br>Consideration: Credit Card Debt (Unsecured)<br>1. Closed | | | | Notice Only |
| ACCOUNT NO.<br><br>Granite Rockcompany<br>c/o Kevin Jeffery<br>P.O. Box 50001<br>Watsonville, CA 95077 | X | | Incurred: 2013<br>Consideration: trade debt | | | | Notice Only |

Sheet no. <u>5</u> of <u>11</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

                      Subtotal ▶    $      9,671.00

                      Total ▶    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re <u>Dene Bustichi & Melodie Bustichi</u>,                    Case No. <u>14-52222-ASW</u>

        **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Greenwaste Recovery<br>P.O. Box 11089<br>San Jose, CA 95103 | C | | Incurred: 2010-2014<br>Consideration: Credit Card Debt<br>(Unsecured) | | | | 405.68 |
| ACCOUNT NO.<br><br>Guarantee Co. of N. America<br>25800 Northwestern Hwy. #720<br>Southfield, Michigan 48075 | J | | Incurred: 10/10/2010<br>Consideration: Indemnity | | | | 1,500,000.00 |
| ACCOUNT NO.   xxxx-6433<br><br>Hfc - Usa<br>P.O. Box 3425<br>Buffalo, NY 14240 | W | | Incurred: 6/2008<br>Consideration: Credit Card Debt<br>(Unsecured)<br>1. Closed<br>2. Transferred | | | | Notice Only |
| ACCOUNT NO.   xxxx-6433<br><br>HFC/Beneficial Mtg Services*<br>Attn: Bankruptcy<br>961 Weigel Dr.<br>Elmhurst, IL 60126 | W | | Incurred: 6/2008<br>Consideration: Credit Card Debt<br>(Unsecured) | | | | Notice Only |
| ACCOUNT NO.<br><br>LTD Financial Services, L.P.<br>7322 Southwest Frwy, Suite 1600<br>Houston, TX 77074 | C | | Incurred: 2010-2014<br>Consideration: Credit Card Debt<br>(Unsecured)<br>Original Creditor: Home Depot | | | | 8,247.71 |

Sheet no. <u>6</u> of <u>11</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $    1,508,653.39

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re <u>Dene Bustichi & Melodie Bustichi</u>,     Case No. <u>14-52222-ASW</u>

      **Debtor**                                                     **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Mcarthy, Burgess & Wolfe<br>26000 Cannon Rd.<br>Cleveland, OH 44146 | C | | Incurred: 2010-2014 | | | | 4,000.00 |
| ACCOUNT NO.<br><br>Michael Ackerman, Esq.<br>2391 The Alameda, Suite 100<br>Santa Clara, CA 95050 | C | | Incurred: 2010-2014<br>Consideration: Credit Card Debt<br>(Unsecured) | | | | 3,897.33 |
| ACCOUNT NO.   xxxx-0830<br><br>Midland Funding<br>8875 Aero Dr. Ste. 200<br>San Diego, CA 92123 | | W | Incurred: 5/2012<br>Consideration: Credit Card Debt<br>(Unsecured)<br>Original Creditor: Chase Bank USA N.A. | | | | 11,064.00 |
| ACCOUNT NO.   xxxx-5938<br><br>Midland Funding<br>8875 Aero Dr. Ste. 200<br>San Diego, CA 92123 | | W | Incurred: 6/2012<br>Consideration: Credit Card Debt<br>(Unsecured)<br>Original Creditor: Chase Bank USA N.A. | | | | 6,078.00 |
| ACCOUNT NO.<br><br>Midland Funding L.L.C.<br>c/o Robinson-Mcelroy, Saraha<br>10601-G Tierrasanta Blvd.<br>San Diego, CA 92124 | | W | Incurred: 12/27/2012<br>Consideration: Credit Card Debt<br>(Unsecured)<br>Case no. CISCV175897<br>Judgment on 8/2/2013 | | | | 5,963.00 |

Sheet no. <u>7</u> of <u>11</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $     31,002.33

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) - Cont.**

In re <u>Dene Bustichi & Melodie Bustichi</u>,     Case No. <u>14-52222-ASW</u>
         **Debtor**                                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. xxxx-3405<br><br>Ocwen Loan Servicing L<br>3451 Hammond Ave.<br>Waterloo, IA 50702 | | J | Incurred: 11/2001<br>Consideration: possible deficiency on foreclosed property<br>1. Closed | | | | Notice Only |
| ACCOUNT NO.<br><br>Oliphant Financial, LLC<br>2601 Cattlemen Rd.<br>Sarasota, FL 34232 | | | Incurred: 2010-2013<br>Consideration: Credit Card Debt (Unsecured)<br>Collection agent for Capital one | | | | Notice Only |
| ACCOUNT NO.<br><br>OSH<br>P.O. Box 5025<br>Carol Stream, IL 60197 | C | | Incurred: 2010-2014<br>Consideration: Credit Card Debt (Unsecured) | | | | 2,051.21 |
| ACCOUNT NO.<br><br>Performance Food Service<br>P.O. Box 1801<br>Santa Cruz, CA 95061 | C | | Incurred: 2010-2014<br>Consideration: supplies | | | | Notice Only |
| ACCOUNT NO.<br><br>PG&E<br>Box 997300<br>Sacramento, CA 95899-7300 | C | | Incurred: 2010-2014<br>Consideration: Gas & Electric Service | | | | 20,679.72 |

Sheet no. <u>8</u> of <u>11</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ 22,730.93

Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-413 - 30654-160C-*****

In re  Dene Bustichi & Melodie Bustichi                    ,        Case No.  14-52222-ASW
        **Debtor**                                                            **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  xxxx-7674<br><br>Sears/cbna<br>133200 Smith Rd.<br>Cleveland, OH 44130 | | H | Incurred: 11/2009<br>Consideration: Credit Card Debt (Unsecured)<br>1. Closed by grantor | | | | Notice Only |
| ACCOUNT NO.  xxxx-1673<br><br>Select Portfolio Servicing*<br>P.O. Box 65250<br>Salt Lake City, UT 84165 | | J | Incurred: 4/2004<br>Consideration: possible deficiency on foreclosed property | | | | Notice Only |
| ACCOUNT NO.  xxxx-1673<br><br>Select Portfolio Svcin<br>3815 South West Temple St.<br>Salt Lake City, UT 84115 | | J | Incurred: 4/2004<br>Consideration: possible deficiency on foreclosed property<br>1. Closed | | | | Notice Only |
| ACCOUNT NO.  xxxx-7557<br><br>Sst/columbus Bank&trus*<br>Attn" Bankruptcy<br>P.O. Box 3997<br>St. Joseph, MO 64503 | | H | Incurred: 4/2008<br>Consideration: Credit Card Debt (Unsecured) | | | | Notice Only |
| ACCOUNT NO.  xxxx-7557<br><br>Sst/synovus<br>P.O. Box 3997<br>Saint Joseph, MO 64503 | | H | Incurred: 4/2008<br>Consideration: Credit Card Debt (Unsecured) | | | | 10,191.00 |

Sheet no.  9  of  11  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $  10,191.00

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-773 - 30413 - *****  Best Case Bankruptcy    Page 3/6

In re <u>Dene Bustichi & Melodie Bustichi</u>,     Case No. <u>14-52222-ASW</u>

         **Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Stonhard<br>c/o Matthew Wisinski<br>44 Montgomery St.<br>San Francisco, CA 94104 | X | | Action dismissed 2-2013 | | | | Notice Only |
| ACCOUNT NO.<br><br>The Ohio Casualty Insurance Co.<br>c/o James D. Curran<br>555 Montgomery St., Ste 1100<br>San Francisco, CA 94111-2544 | | | Incurred: May 2013<br>Consideration: surety | | X | | 1,000,000.00 |
| ACCOUNT NO.<br><br>Tose Supply Company, Inc.<br>144 Walnut Ave., Ste B<br>Santa Cruz, CA 95060 | X | W | Incurred: 12/5/2012<br>Consideration: Supplies<br>Case No. SCWWS120906<br>Judgment on 2/13/2013 | | | | 1,864.00 |
| ACCOUNT NO.  xxxx-7618<br><br>Wells Fargo Home Mortgage<br>P.O. Box 10328<br>Des Moines, IA 50306 | | J | Incurred: 4/2004<br>Consideration: possible deficiency on foreclosed property<br>1. Closed | | | X | Notice Only |
| ACCOUNT NO.  xxxx-7618<br><br>Wells Fargo Home Mortgage*<br>Attn: Bankruptcy Dept.<br>1 Home Campus MAC #2302-04C<br>Des Moines, IA 50328 | | J | Incurred: 4/2004<br>Consideration: possible deficiency on foreclosed property | | | | Notice Only |

Sheet no. <u>10</u> of <u>11</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $     1,001,864.00

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) - Cont.**

In re _Dene Bustichi & Melodie Bustichi_____,     Case No. ___14-52222-ASW_____
　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Wesco Insurance Company<br>c/o Carlos Sosa<br>18757 BurbankBlvd., Ste 305<br>Tarzana, CA 91356 | X | | Consideration: Collection<br>Default entered is void under in re Schwartz | | | X | 25,000.00 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. __11__ of __11__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ | $ 25,000.00

Total ▶ | $ 2,720,798.99

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-813 - 30402-XXX-XXXXX - page 3.2

In re __Dene Bustichi & Melodie Bustichi__     Case No. __14-52222-ASW__

         **Debtor**                                                    **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

       Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| BCI Builders<br>4652 Scotts Valley Dr. #202<br>Scotts Valley, CA 95066 | Lease on nonresidential real property |
| Mint<br>4652 Scotts Valley Dr. #103<br>Scotts Valley, CA 95066 | Lease on nonresidential real property |
| Mint Warehouse<br>4652 Scotts Valley Dr. #103<br>Scotts Valley, CA 95066 | Lease on nonresidential real property |
| Palomar Ballroom<br>4652 Scotts Valley Dr. #204<br>Scotts Valley, CA 95066 | Lease on nonresidential real property |
| Perry Ralston<br>4652 Scotts Valley Dr. #106<br>Scotts Valley, CA 95066 | Lease on nonresidential real property |
| RKD<br>4652 Scotts Valley Dr. #107<br>Scotts Valley, CA 95066 | Expired lease<br>Lease on nonresidential real property |
| Teal<br>4652 Scotts Valley Dr. #101<br>Scotts Valley, CA 95066 | Lease on nonresidential real property |

In re __Dene Bustichi & Melodie Bustichi_____     Case No. ___14-52222-ASW_____
                    **Debtor**                                          **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
## (Continuation Page)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| KAS<br>4652 Scotts Valley Dr. #108<br>Scotts Valley, CA 95066 | Expired lease<br><br>Lease on nonresidential real property |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

In re  Dene Bustichi & Melodie Bustichi        Case No.   14-52222-ASW

                **Debtor**                                                                  **(if known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| BCI Builders<br>4652 Scotts Valley Dr. #202<br>Scotts Valley, CA 95066 | Big Creek Lumber<br>2801 Soquel Ave.<br>Santa Cruz, CA 95062 |
| BCI Builders<br>4652 Scotts Valley Dr. #202<br>Scotts Valley, CA 95066 | Granite Rockcompany<br>c/o Kevin Jeffery<br>P.O. Box 50001<br>Watsonville, CA 95077 |
| BCI Builders<br>4652 Scotts Valley Dr. #202<br>Scotts Valley, CA 95066 | Stonhard<br>c/o Matthew Wisinski<br>44 Montgomery St.<br>San Francisco, CA 94104 |
| BCI Builders<br>4652 Scotts Valley Dr. #202<br>Scotts Valley, CA 95066 | Tose Supply Company, Inc.<br>144 Walnut Ave., Ste B<br>Santa Cruz, CA 95060 |

**Fill in this information to identify your case:**

Debtor 1    Dene Bustichi
             First Name        Middle Name        Last Name

Debtor 2    Melodie Bustichi
(Spouse, if filing)   First Name       Middle Name       Last Name

United States Bankruptcy Court for the:   Northern    District of   CA

Case number        14-52222-ASW
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form ■ 6I

# Schedule I: Your Income

12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Employment |
| --- | --- |

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may Include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
| --- | --- | --- |
| **Employment status** | ☒ Employed<br>☐ Not employed | ☐ Employed<br>☒ Not employed |
| **Occupation** | Contractor/ Bus Owner | Housewife |
| **Employer's name** | B.C.I. Builders, Inc. | |
| **Employer's address** | 4652 Scotts Valley Drive, Suite 202 | |
| | Number   Street | Number   Street |
| | Scotts Valley, CA 95066 | |
| | City      State   ZIP Code | City      State   ZIP Code |
| **How long employed there?** | 20 years | |

| Part 2: | Give Details About Monthly Income |
| --- | --- |

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
| --- | --- | --- | --- |
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $ 6,833.00 | $ 0.00 |
| 3. | **Estimate and list monthly overtime pay.** | 3. + $ 0.00 | + $ 0.00 |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. $ 6,833.00 | $ 0.00 |

Bankruptcy2014 ©1991-2014 New Hope Software, Inc., ver. 4.7.7-813 - 31614-302X-*****  - PDF-XChange 3.0

| | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| **Copy line 4 here** .......................................................... ■ 4. | $ 6,833.00 | $ 0.00 |

5. **List all payroll deductions:**

| | | For Debtor 1 | | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ 1,025.00 | | $ 0.00 |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | | $ 0.00 |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | | $ 0.00 |
| 5d. **Required repayments of retirement fund loans** | 5d. | $ 0.00 | | $ 0.00 |
| 5e. **Insurance** | 5e. | $ 0.00 | | $ 0.00 |
| 5f. **Domestic support obligations** | 5f. | $ 0.00 | | $ 0.00 |
| 5g. **Union dues** | 5g. | $ 0.00 | | $ 0.00 |
| 5h. **Other deductions. Specify:** ; | 5h. | + $ 0.00 | + | $ 0.00 |

6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g +5h.    6.    $ 1,025.00    $ 0.00

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.    7.    $ 5,808.00    $ 0.00

8. **List all other income regularly received:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 15,402.00 | $ 0.00 |
| 8b. **Interest and dividends** | 8b. | $ 0.00 | $ 0.00 |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. **Unemployment compensation** | 8d. | $ 0.00 | $ 0.00 |
| 8e. **Social Security** | 8e. | $ 0.00 | $ 0.00 |
| 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: ; | 8f. | $ 0.00 | $ 0.00 |
| 8g. **Pension or retirement income** | 8g. | $ 0.00 | $ 0.00 |
| 8h. **Other monthly income. Specify:** Co. Bd of Educ.: 7000/year; City of Scott Valley 8800.00; | +$ 9,485.00 | +$ 0.00 |

9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h.    9.    $ 16,485.00    $ 0.00

10. **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.    10.    $ 22,293.00   +   $ 0.00   =   $ 22,293.00

11. State all other regular contributions to the expenses that you list in *Schedule J.*

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*

Specify: _____    11. + $ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities and Related Data,* if it applies    12.    $ 22,293.00

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

[X] No.

[ ] Yes. Explain:

Case: 14-52222    Doc# 24    Filed: 07/07/14    Entered: 07/07/14 19:11:12    Page 33 of 39

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Dene Bustichi | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Melodie Bustichi | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | Northern | District of | CA |
| Case number (If known) | 14-52222-ASW | | |

Check if this is:

- ☐ An amended filing
- ☒ A supplement showing post-petition chapter 13 expenses as of the following date:
  12/30/2013
  MM / DD / YYYY
- ☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

Official Form ■ 6J

# Schedule J: Your Expenses

12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Your Household

1. **Is this a joint case?**
   - ☐ No. Go to line 2.
   - ☒ Yes. **Does Debtor 2 live in a separate household?**
     - ☒ No
     - ☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**
   Do not list Debtor 1 and Debtor 2.
   Do not state the dependents' names.
   - ☐ No
   - ☒ Yes. Fill out this information for each dependent..........................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| daughter | 14 | ☐ No ☒ Yes |
| son | 20 | ☐ No ☒ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**
   - ☒ No
   - ☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form ■ 6I.)

| | | Your expenses |
|---|---|---|
| 4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. $ | 4,455.10 |
| **If not included in line 4:** | | |
| 4a. Real estate taxes | 4a. $ | 127.54 |
| 4b. Property, homeowner's, or renter's insurance | 4b. $ | 0.00 |
| 4c. Home maintenance, repair, and upkeep expenses | 4c. $ | 0.00 |
| 4d. Homeowner's association or condominium dues | 4d. $ | 0.00 |

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 31644-302X-*****  - PDF-XChange 3.0

| | | | Your expenses |
|---|---|---|---|

5. **Additional mortgage payments for your residence**, such as home equity loans  | 5. | $ 1,184.20

6. **Utilities:**

6a. Electricity, heat, natural gas  | 6a. | $ 100.00
6b. Water, sewer, garbage collection  | 6b. | $ 80.00
6c. Telephone, cell phone, Internet, satellite, and cable services  | 6c. | $ 60.00
6d. Other. Specify: _____  | 6d. | $ 0.00

7. **Food and housekeeping supplies**  | 7. | $ 800.00

8. **Childcare and children's education costs**  | 8. | $ 0.00

9. **Clothing, laundry, and dry cleaning**  | 9. | $ 70.00

10. **Personal care products and services**  | 10. | $ 150.00

11. **Medical and dental expenses**  | 11. | $ 150.00

12. **Transportation.** Include gas, maintenance, bus or train fare.
Do not include car payments.  | 12. | $ 500.00

13. **Entertainment, clubs, recreation, newspapers, magazines, and books**  | 13. | $ 0.00

14. **Charitable contributions and religious donations**  | 14. | $ 135.83

15. **Insurance.**
Do not include insurance deducted from your pay or included in lines 4 or 20.

15a. Life insurance  | 15a. | $ 0.00
15b. Health insurance  | 15b. | $ 0.00
15c. Vehicle insurance  | 15c. | $ 200.00
15d. Other insurance. Specify:_____  | 15d. | $ 0.00

16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
Specify: _____  _____  | 16. | $ 0.00

17. **Installment or lease payments:**

17a. Car payments for Vehicle 1  | 17a. | $ 0.00
17b. Car payments for Vehicle 2  | 17b. | $ 0.00
17c. Other. Specify: Scotts Valley Dr. Property Tax  | 17c. | $ 2,018.92
17d. Other. Specify:_____  | 17d. | $ 0.00

18. **Your payments of alimony, maintenance, and support that you did not report as deducted
from your pay on line 5, Schedule I, Your Income (Official Form ▌ 6I).**  | 18. | $ 0.00

19. **Other payments you make to support others who do not live with you.**
Specify:_____  | 19. | $ 0.00

20. **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.**

20a. Mortgages on other property  | 20a. | $ 0.00
20b. Real estate taxes  | 20b. | $ 0.00
20c. Property, homeowner's, or renter's insurance  | 20c. | $ 0.00
20d. Maintenance, repair, and upkeep expenses  | 20d. | $ 0.00
20e. Homeowner's association or condominium dues  | 20e. | $ 0.00

Case: 14-52222  Doc# 24  Filed: 07/07/14  Entered: 07/07/14 19:11:12  Page 35 of 39

21. **Other**. Specify: _____ _____  21. +$ _____ 0.00

22. **Your monthly expenses.** Add lines 4 through 21.
The result is your monthly expenses.  22. $ _____ 10,031.59

23. **Calculate your monthly net income.**

23a. Copy line 12 (*your combined monthly income*) from *Schedule I*.  23a. $ _____ 22,293.00

23b. Copy your monthly expenses from line 22 above.  23b. — $ _____ 10,031.59

23c. Subtract your monthly expenses from your monthly income.
The result is your *monthly net income*.  23c. $ _____ 12,261.41

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your
mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☒ No.

☐ Yes.  Explain here:

Case: 14-52222   Doc# 24   Filed: 07/07/14   Entered: 07/07/14 19:11:12   Page 36 of
39

# United States Bankruptcy Court

Northern District of California

Dene Bustichi & Melodie Bustichi

In re _____

Debtor

Case No.   14-52222-ASW

Chapter   13

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

**AMOUNTS SCHEDULED**

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | YES | 1 | $ 3,892,045.00 | | |
| B – Personal Property | YES | 5 | $ 226,525.00 | | |
| C – Property Claimed as exempt | YES | 1 | | | |
| D – Creditors Holding Secured Claims | YES | 3 | | $ 5,376,391.76 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 5 | | $ 14,402.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 12 | | $ 2,720,798.99 | |
| G - Executory Contracts and Unexpired Leases | YES | 2 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 2 | | | $ 22,293.00 |
| J - Current Expenditures of Individual Debtors(s) | YES | 3 | | | $ 10,031.59 |
| **TOTAL** | | 35 | $ 4,118,570.00 | $ 8,111,592.75 | |

# United States Bankruptcy Court
## Northern District of California

In re  Dene Bustichi & Melodie Bustichi

Debtor

Case No.  14-52222-ASW

Chapter  13

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. §101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ 0.00 |
| Student Loan Obligations (from Schedule F) | $ 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0.00 |
| TOTAL | $ 0.00 |

**State the Following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | $ 22,293.00 |
| Average Expenses (from Schedule J, Line 22) | $ 10,031.59 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ 21,214.32 |

**State the Following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ 1,823,755.26 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 14,402.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ 0.00 |
| 4. Total from Schedule F | | $ 2,720,798.99 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ 4,544,554.25 |

B6 (Official Form 6 - Declaration) (12/07)

Dene Bustichi & Melodie Bustichi

In re _____     Case No. ___14-52222-ASW_____
          **Debtor**                                         **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____37____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date __7/7/2014_____     Signature: __/s/ Dene Bustichi_____
                                                                    Debtor

Date __7/7/2014_____     Signature: __/s/ Melodie Bustichi_____
                                                        (Joint Debtor, if any)

[If joint case, both spouses must sign.]

---------------------------------------------------------------------------------------------------------------------

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          _____
Printed or Typed Name and Title, if any,                      Social Security No.
of Bankruptcy Petition Preparer                                    *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____

_____
Address

X _____          _____
     Signature of Bankruptcy Petition Preparer                              Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---------------------------------------------------------------------------------------------------------------------

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____sheets *(total shown on summary page plus 1),* and that they are true and correct to the best of my knowledge, information, and belief.

Date _____          Signature: _____

                                                                    _____
                                                                    [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---------------------------------------------------------------------------------------------------------------------

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*